[No. 8140–3–I. Division One. January 19, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. GORFREY CHAMBERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90123, Frank J. Eberharter, J., entered Octo-

ber 4, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.